# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

vs.

MARICO T. BRATCHER,
Defendant.                                                  No. 00 - CR - 30118 DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on a report from the United States Probation Office that defendant Marico T. Bratcher has fallen behind on scheduled payments due under this Court's January 5, 2001, judgment against him. Said judgment imposed a sentence of 188 months imprisonment and 5 years of supervised release. Defendant was also ordered to pay a special assessment of $100 and a fine of $2,000. Defendant's period of supervised release commenced on December 19, 2008, and since that time he has been required to make regular payments of either $50 per month or 10% of his gross income, whichever was greater. However, since August 2010, Defendant has failed to make any of these monthly payments.

The probation officer has put in substantial efforts in the exercise of her duties to try to collect the financial obligations owed by Defendant. The Court notes that Defendant is suffering from kidney failure and is now undergoing weekly dialysis treatments. In December 2010, Defendant and his family lost their home in a fire.

The total of Defendant's original fine and special assessment was $2,100, and the remaining balance is currently $443.91, which consists entirely of the fine portion of his penalty, the special-assessment portion having been paid.

The Government has no objection to remitting the balance at this time. Therefore, in light of Defendant's progress toward paying his fine and his recent hardships, the Court **ORDERS** the Government to remit the balance of the assessment entered in this case in the amount of $443.91. All other conditions of Defendant's supervised release remain in effect.

**IT IS SO ORDERED.**

Signed this 14th day of February, 2011.

David R. Herndon
2011.02.14
08:54:46 -06'00'

**Chief Judge**
**United States District Court**